1  THOMAS E. FRANKOVICH (State Bar #074414)
   GEORGE S. KHOURY (State Bar #269738)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA   94903
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5  tfrankovich@disabilitieslaw.com

6  Attorneys For Plaintiffs IRMA RAMIREZ; and
   DAREN HEATHERLY ,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY<br><br>        Plaintiffs,<br><br>v.<br><br><br>BRIGITTE U. LEHR, an individual dba LEHR'S GERMAN SPECIALTIES; and BRIGITTE U. LEHR, Surviving Trustee of The BORIS LEHR and BRIGITTE U. LEHR REVOCABLE TRUST<br>        Defendants. | **CASE NO. CV-13-2950-EMC**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. **CV-13-2950-EMC**

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action become and hereby is dismissed with
3 prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

4  This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

7 Dated: November 12, 2013                THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*

9                                          By:   */s/ Thomas E. Frankovich*
                                                 Thomas E. Frankovich
10                                         Attorneys for IRMA RAMIREZ; and
                                           DAREN HEATHERLY

12 Dated: November 12, 2013                RAGUNATH K. DINDIAL,
                                          **Attorney at Law**

14                                         By:  /s/  *Ragunath K. Dindial*
                                                Ragunath K. Dindial
15                                         Attorney for Defendants BRIGITTE U. LEHR, an
16                                         individual dba LEHR'S GERMAN SPECIALTIES;
                                           and  BRIGITTE U. LEHR, Surviving Trustee of The
17                                         BORIS LEHR and BRIGITTE U. LEHR
18                                         REVOCABLE TRUST

**ORDER**

21  IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22 Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
23 purpose of enforcing the parties' Settlement Agreement and General Release should such
24 enforcement be necessary

26 Dated: ___1/6/14_____, ~~2013~~

                                          IT IS SO ORDERED
                                          AS MODIFIED
                                          Judge Edward M. Chen

                                          _____
                                          Honorable ~~Magistrate~~ Edward M. Chen
                                          UNITED STATES DISTRICT JUDGE